IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 4:18-CR-00011 |
| | : | |
| MARCUS JAY DAVIS, ET AL | : | |

NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Michael J. Newman, Special Assistant United States Attorney, as co-counsel in the above-captioned case on behalf of the United States of America.

THOMAS T. CULLEN
UNITED STATES ATTORNEY

/s/ Michael J. Newman
Michael J. Newman (Va. Bar No. 40075)
Special Assistant United States Attorney
255 West Main Street, Room 130
Charlottesville, Virginia 22902

## CERTIFICATE

I hereby certify that on the 20th day of December 2018, the foregoing notice was filed with the Clerk of the Court using the CM/ECF System, which will send notice and constitute service of such filing, to counsel of record for the defendant.

    /s/ Michael J. Newman
Michael J. Newman
Special Assistant United States Attorney