IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 4:18-CR-00011-01 |
| ) | |
| MARCUS JAY DAVIS, ) | |
| Defendant. ) | |

### RESPONSE REGARDING JURY QUESTIONNAIRE

The Court has provided counsel with a proposed jury questionnaire and ordered that any comments, suggestions, or objections be docketed within 14 days of April 25, 2019. On behalf of Mr. Davis, undersigned counsel have no objections to the questionnaire and believe it will be quite helpful in achieving the objections of a juror questionnaire.

Only one additional question is requested, which was not included in the questionnaire previously submitted on behalf of Mr. Davis.

"Do you think criminal Defendants are afforded too many constitutional rights?"

Respectfully submitted,
Marcus Jay Davis

By: s/*Anthony F. Anderson*
 Counsel for Defendant

By: *s/Beverly M. Davis*
 Counsel for Defendant

1

| | |
|---|---|
| Anthony F. Anderson, VSB #21345 | Beverly M. Davis, VSB # 33784 |
| Melissa W. Friedman, VSB #27277 | Davis, Davis & Davis, Attorneys |
| Anderson & Friedman | 519 Second Street |
| P. O. Box 1525 | Radford, Virginia 24141 |
| Roanoke, Virginia 24007 | (540) 639-9095 |
| (540) 982-1525 | 540-639-9095 (fax) |
| (540) 982-1539 (fax) | bevdavis@davisattys.com |
| afa@afalaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of May, 2019, I electronically filed the foregoing Response to Jury Questionnaire with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record including the following:

Heather L. Carlton, Esquire, AUSA
Ronald Mitchell Huber, Esquire, AUSA
United States Attorney's Office
Charlottesville
255 West Main Street, Room 130
Charlottesville, Virginia 22901
434-293-4283
heather.carlton@usdoj.gov
ron.huber@usdoj.gov

        s/*Anthony F. Anderson*
        Anthony F. Anderson
        Anderson & Friedman
        1102 Second Street, S. W.
        P. O. Box 1525
        Roanoke, Virginia 24007
        (540) 982-1525
        (540) 982-1539 (fax)
        afa@afalaw.com