UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4607
(4:18-cr-00011-MFU-RSB-1)
(4:18-cr-00011-MFU-RSB-2)
(4:18-cr-00011-MFU-RSB-3)
(4:18-cr-00011-MFU-RSB-4)
(4:18-cr-00011-MFU-RSB-5)
(4:18-cr-00011-MFU-RSB-6)
(4:18-cr-00011-MFU-RSB-8)
(4:18-cr-00011-MFU-RSB-10)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

MARCUS JAY DAVIS, a/k/a Sticcs; KEVIN LAMONT TRENT, JR., a/k/a Bad Ass, a/k/a Gates, a/k/a SixOwe; KANAS LAMONT'E TRENT, a/k/a LA; DESHAUN LAMAR TRENT, a/k/a Da Da, a/k/a Six; PHILLIP DAEKWON MILES, a/k/a R, a/k/a Sammy; SHABBA LARUN CHANDLER, a/k/a Trill; ASHLEY TIANA ROSS, a/k/a First Lady; TENIKQUA FULLER, a/k/a Fuller

    Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Danville |
|---|---|
| Originating Case Number | 4:18-cr-00011-MFU-RSB-1<br>4:18-cr-00011-MFU-RSB-2 |

|  | 4:18-cr-00011-MFU-RSB-3 |
|  | 4:18-cr-00011-MFU-RSB-4 |
|  | 4:18-cr-00011-MFU-RSB-5 |
|  | 4:18-cr-00011-MFU-RSB-6 |
|  | 4:18-cr-00011-MFU-RSB-8 |
|  | 4:18-cr-00011-MFU-RSB-10 |
| Date notice of appeal filed in originating court: | 08/21/2019 |
| Appellant | United States of America |
| Appellate Case Number | 19-4607 |
| Case Manager | Emily Borneisen 804-916-2704 |