IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD TESTIFICANDUM |
| v. | ) | |
| | ) | Criminal No. 4:18-CR-00011 |
| ARMONTI DAVON WOMACK | ) | |

Comes now, Ronald M. Huber, Assistant United States Attorney for the Western District of Virginia, and informs the Court that one ARMONTI DAVON WOMACK (Inmate number NK6003, DOB: ▊▊▊▊) is incarcerated in SCI Huntington and that the said is a necessary witness before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, scheduled for trial at 9:30 a.m. on the 7th day of October, 2019.

WHEREFORE, your petitioner prays for an Order of this Court directing the Honorable Brad Sellers, Acting United States Marshal, Roanoke, Virginia, to produce the body of the said ARMONTI DAVON WOMACK that he may appear and testify before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on the 7th day of October, 2019 at 9:30 a.m..

Dated: 8/27/2019

Ronald M. Huber
Assistant United States Attorney

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
TO: SCI Huntington, 1100 Pike Street, Huntington, PA 16654, (814) 643-2400

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434) 293-4283.**

GREETINGS:

WE COMMAND YOU that you surrender the body of ARMONTI DAVON WOMACK detained in the SCI Huntington, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States

Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on the 7th day of October, 2019, at 9:30 a.m., or at such other time or times as the District Court may direct.

ENTER: This 28th day of August, 2019.

/s/ *Michael F. Urbanski*
United States District Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the and remove therefrom the body of ARMONTI DAVON WOMACK and produce his under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on the 7th day of August, 2019, at 9:30 a.m., or at such other time or times as the District Court may direct.

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this ___ day of August 2019.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this ___ day of August, 2019.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER: Yes: _____ No: __X__