UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4607
(4:18-cr-00011-MFU-RSB-1)
(4:18-cr-00011-MFU-RSB-2)
(4:18-cr-00011-MFU-RSB-3)
(4:18-cr-00011-MFU-RSB-4)
(4:18-cr-00011-MFU-RSB-5)
(4:18-cr-00011-MFU-RSB-6)
(4:18-cr-00011-MFU-RSB-8)
(4:18-cr-00011-MFU-RSB-10)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

MARCUS JAY DAVIS, a/k/a Sticcs; KEVIN LAMONT TRENT, JR., a/k/a Bad Ass, a/k/a Gates, a/k/a SixOwe; KANAS LAMONT'E TRENT, a/k/a LA; DESHAUN LAMAR TRENT, a/k/a Da Da, a/k/a Six; PHILLIP DAEKWON MILES, a/k/a R, a/k/a Sammy; SHABBA LARUN CHANDLER, a/k/a Trill; ASHLEY TIANA ROSS, a/k/a First Lady; TENIKQUA FULLER, a/k/a Fuller

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk