UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4607
(4:18-cr-00011-MFU-RSB-1)
(4:18-cr-00011-MFU-RSB-2)
(4:18-cr-00011-MFU-RSB-3)
(4:18-cr-00011-MFU-RSB-4)
(4:18-cr-00011-MFU-RSB-5)
(4:18-cr-00011-MFU-RSB-6)
(4:18-cr-00011-MFU-RSB-8)
(4:18-cr-00011-MFU-RSB-10)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

MARCUS JAY DAVIS, a/k/a Sticcs; KEVIN LAMONT TRENT, JR., a/k/a Bad Ass, a/k/a Gates, a/k/a SixOwe; KANAS LAMONT'E TRENT, a/k/a LA; DESHAUN LAMAR TRENT, a/k/a Da Da, a/k/a Six; PHILLIP DAEKWON MILES, a/k/a R, a/k/a Sammy; SHABBA LARUN CHANDLER, a/k/a Trill; ASHLEY TIANA ROSS, a/k/a First Lady; TENIKQUA FULLER, a/k/a Fuller

    Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*