| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER FORM | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|
| *Please Read Instructions on Page 2.* | | |

| 1. **REQUESTOR'S INFORMATION:** | NAME  Ronald M. Huber | TELEPHONE NUMBER  434-293-4283 |
|---|---|---|
| DATE OF REQUEST  9/10/2019 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*  Ron.Huber@usdoj.gov | |
| MAILING ADDRESS  255 W. Main Street, Suite 130 | | CITY, STATE, ZIP CODE  Charlottesville, VA 22902 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  JoRita Meyers  OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER  4:18-cr-00011 | CASE NAME  U.S. v. Marcus Davis, et al | JUDGE'S NAME  Urbanski |
| DATE(S) OF PROCEEDING(S)  9/04/2019 | TYPE OF PROCEEDING(S)  Daubert hearing | LOCATION OF PROCEEDING  Roanoke |

REQUEST IS FOR: *(Select one)* ☐ FULL PROCEEDING OR ☑ SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

**Portion following witness testimony**

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
   *(See Page 2 for descriptions of each service turnaround category.)*

☐ Ordinary (30-Day)        ☐ Daily
☐ 14-Day                   ☐ Hourly
☑ Expedited (7-Day)        ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE  9/10/2019 | SIGNATURE  /s/ Ronald M. Huber |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

NOTE: Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

PRINT                                    RESET FORM