IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No.: 4:18-cr-00011 |
| v. ) | |
| ) | |
| ) | |
| MARCUS JAY DAVIS, et al., ) | |
| ) | By:   Michael F. Urbanski |
| Defendants. ) | Chief United States District Judge |

## ORDER

The court has docketed a letter from Juval O. Scott, Federal Public Defender ("FPD") for the Western District of Virginia, received September 18, 2019. ECF No. 774. The letter sets forth the FPD's determination that Allegra Black and Fred Heblich are not authorized to provide testimony at the upcoming evidentiary hearing regarding Matthew Ferguson, set for September 27, 2019.

All parties are **DIRECTED** to file any responses to and/or pertinent authority on the legal issues raised by the FPD's letter on or before Tuesday, September 24, 2019 so that the court may consider them in advance of the September 27, 2019 hearing.

It is **so ORDERED**.

Entered: 09/19/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge