IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS AD TESTIFICANDUM |
| v. | ) |
| | ) Criminal No. 4:18-CR-00011 |
| JAQUAN LAMONT TRENT | ) |

Comes now, Ronald M. Huber, Assistant United States Attorney for the Western District of Virginia, and informs the Court that one JAQUAN LAMONT TRENT is incarcerated in Albemarle-Charlottesville Regional Jail and that the said is a necessary witness before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, scheduled from October 7, 2019 through November 22, 2019 at 9:30 a.m. (**testimony most likely on or about October 8 through October 9, 2019**).

WHEREFORE, your petitioner prays for an Order of this Court directing the Honorable Brad Sellers, Acting United States Marshal, Roanoke, Virginia, to produce the body of the said JAQUAN LAMONT TRENT that he may appear and testify before the United States District Court for the Western District of Virginia, at Roanoke, Virginia at the above time and place.

Dated: 9/23/2019

Ronald M. Huber
Assistant United States Attorney

TO: Albemarle-Charlottesville Regional Jail, 160 Peregory Ln., Virginia 22902 (434) 977-6981

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434) 293-4283.**

GREETINGS:

WE COMMAND YOU that you surrender the body of JAQUAN LAMONT TRENT detained in the Albemarle-Charlottesville Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other

authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, at the above time and place, or at such other time or times as the District Court may direct.

ENTER: This _____ day of September, 2019.

_____
United States District Judge

*******************************************************************

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the and remove therefrom the body of JAQUAN LAMONT TRENT and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, at the above time and place, or at such other time or times as the District Court may direct.

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of September 2019.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of September, 2019.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:   Yes: _____   No: _____