# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 4:18CR00011-01 |
| | ) | |
| MARCUS JAY DAVIS | ) | |

## DEFENDANT'S MOTION FOR PARTICULAR POTENTIAL EVIDENCE

Comes Now, Defendant, Marcus Jay Davis, by counsel, and moves the Court to enter an order directing the United States to disclose to the Defense the following:

1. Any statements made by Stevie Wallace to any law enforcement officers, including but not limited to City of Danville Police Officers, regarding any of the allegations in the Indictment and/or any Rule 404(b) acts as noticed by the United States.

2. Any attempts by law enforcement, including but not limited to City of Danville Police Officers, to obtain statements from Stevie Wallace regarding any of the allegations in the Indictment and/or any Rule 404(b) acts as noticed by the United States.

                Respectfully submitted,
                Marcus Jay Davis

                By: s/*Anthony F. Anderson*
                    Counsel for Defendant

                By: *s/Beverly M. Davis*
                    Counsel for Defendant

| | |
|---|---|
| Anthony F. Anderson, VSB #21345 | Beverly M. Davis, VSB # 33784 |
| Melissa W. Friedman, VSB #27277 | Davis, Davis & Davis, Attorneys |
| Anderson & Friedman | 519 Second Street |
| P. O. Box 1525 | Radford, Virginia 24141 |
| Roanoke, Virginia 24007 | (540) 639-9095 |
| (540) 982-1525 | 540-639-9095 (fax) |
| (540) 982-1539 (fax) | bevdavis@davisattys.com |
| afa@afalaw.com | |

CERTIFICATE OF SERVICE

       I hereby certify that this 25th day of September, 2019, I emailed the foregoing to the following Attorneys for the United States and it was filed electronically with the Court.

Heather L. Carlton, Esquire, AUSA
Ronald Mitchell Huber, Esquire, AUSA
United States Attorney's Office
Charlottesville
255 West Main Street, Room 130
Charlottesville, Virginia 22901
434-293-4283
heather.carlton@usdoj.gov
ron.huber@usdoj.gov

                                              s/*Anthony F. Anderson*
                                              Anthony F. Anderson
                                              Anderson & Friedman
                                              1102 Second Street, S. W.
                                              P. O. Box 1525
                                              Roanoke, Virginia   24007
                                              (540) 982-1525
                                              (540) 982-1539 (fax)
                                              afa@afalaw.com