IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No.: 4:18-cr-00011 |
| | ) |
| v. | ) |
| | ) |
| MARCUS JAY DAVIS, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## OFFICE OF FEDERAL PUBLIC DEFENDER'S MOTION TO CONTINUE SEPTEMBER 27, 2019 EVIDENTIARY HEARING

COMES NOW the Office of the Federal Public Defender for the Western District of Virginia ("FPD"), through counsel, and respectfully requests this Court to continue the evidentiary hearing currently scheduled for September 27, 2019. In support of this request, the FPD states as follows:

1. On August 30, 2019, the United States Attorney for the Western District of Virginia notified all defense counsel in this case that Matthew Ferguson, a government witness, had on that date met with the United States Attorney and changed part of his prior statements regarding his involvement in the murder of Christopher Motley. On that date, Ferguson claimed that he falsely confessed to being present at the murder and firing a weapon, and that he did not recant this false confession upon the advice of counsel, Allegra Black, then an Assistant Federal Public Defender.

2. On September 18, 2019, nineteen days after counsel for Dashaun Lamar Trent received the letter from the United States Attorney, a subpoena was served upon Allegra Black, a

former Assistant Federal Public Defender for the Western District of Virginia, by defendant Dashaun Lamar Trent, compelling her attendance at the evidentiary hearing on September 27, 2019, requesting that she provide testimony regarding communications she had with Matthew Ferguson during her representation of Mr. Ferguson.

3. On September 18, 2019, Juval Scott, the Federal Public Defender for the Western District of Virginia, provided a letter to this Court, ECF 774, setting forth the FPD's determination that Allegra Black and Fred Heblich (an Assistant Federal Public Defender who also represented Matthew Ferguson)[1] were not authorized to provide testimony at the upcoming evidentiary hearing regarding Matthew Ferguson, set for September 27, 2019.

4. On September 19, 2019, twenty days after learning of Ferguson's change in testimony, counsel for Dashaun Lamar Trent made a formal § 830 request for Allegra Black's testimony at the trial beginning October 7, 2019. Although the § 830 request did not reference the September 27, 2019 evidentiary hearing, based on the subpoena served on Allegra Black, Trent clearly also sought Allegra Black's testimony at the September 27, 2019 hearing pursuant to the § 830 request.

5. By Order entered September 19, 2019, this Court directed all parties to file any responses and/or pertinent legal authority on the legal issues raised by the FPD's letter on or before Tuesday, September 24, 2019.

6. On September 20, 2019, the FPD communicated with counsel for Dashaun Lamar Trent regarding his September 19, 2019 intent to compel the testimony of Allegra Black. The

---

[1]. Fred Heblich has not received a subpoena or a § 830 notice, however, the FPD believes there is a possibility that Hedrich's testimony will be sought at both the September 27, 2019 evidentiary hearing and the trial beginning on October 7, 2019. Accordingly, both Black

FPD communicated her conclusion that Allegra Black does not have the approval of the FPD to provide the testimony.

7. Counsel for the co-defendants have submitted responses to this Court's September 19, 2019 Order, objecting to the FPD's determination that Allegra Black and Fred Heblich are not authorized to provide testimony at the hearing on September 27, 2019.

8. Previously, the FPD sought permission from the Office of General Counsel for the Administrative Office of the United States Courts to obtain legal counsel to represent the Office of the Federal Public Defender in this matter. Said permission was granted on September 24, 2019.

9. Undersigned counsel was retained on September 25, 2019.

10. In order to effectively protect and represent the interests of the Office of the Federal Public Defender, undersigned counsel needs additional time to properly research these complex issues, and prepare an appropriate response to the subpoena, the § 830 request, and/or to submit pertinent authority on the legal issues raised by the FPD's September 18, 2019 letter.

11. Undersigned counsel must closely examine the issues and authorities raised in these responses, and prepare the appropriate objections, motions and/or pertinent authority in order to effectively protect and represent the interests of the Office of the Federal Public Defender. Counsel cannot effectively complete such research and evaluation prior to the September 27, 2019 evidentiary hearing.

12. Accordingly, the Office of the Federal Public Defender respectfully requests that this Court continue the hearing currently scheduled for September 27, 2019, and permit counsel to

---

and Heblich are included in this Motion to Continue.

properly prepare for such hearing, and to submit the necessary motions and/or pertinent authority prior to the rescheduled hearing.

WHEREFORE, the Office of the Federal Public Defender respectfully requests that this Court grant the Motion to Continue the September 27, 2019 Evidentiary Hearing.

Respectfully submitted,

OFFICE OF FEDERAL PUBLIC DEFENDER

By: /s/ John P. Fishwick, Jr.
Counsel

John P. Fishwick, Jr. (VSB #23285)
john.fishwick@fishwickandassociates.com
Carrol M. Ching (VSB #68031)
carrol.ching@fishwickandassociates.com
FISHWICK & ASSOCIATES PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
Telephone: 540-345-5890
Facsimile: 540-345-5789

## CERTIFICATE OF SERVICE

I, John P. Fishwick, Jr., do hereby certify that on the 25th day of September, 2019, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ John P. Fishwick, Jr.

John P. Fishwick, Jr. (VSB #23285)
john.fishwick@fishwickandassociates.com
FISHWICK & ASSOCIATES PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
Telephone: 540-345-5890
Facsimile: 540-345-5789