IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 4:18CR11                                              Date: 9/7/2019

**Defendant:**                                                  **Counsel:**
**US v Marcus J. Davis, et al**

| | |
|---|---|
| 4:18-cr-00011-MFU-RSB-1 Marcus Jay Davis | **Tony Anderson, Bev Davis** |
| 4:18-cr-00011-MFU-RSB-2 Kevin Lamont Trent, Jr. | **Aaron Cook, Jimmy Turk** |
| 4:18-cr-00011-MFU-RSB-3 Kanas Lamont'e Trent | **Bonnie Lepold, Mike Hemenway** |
| 4:18-cr-00011-MFU-RSB-4 Deshaun Lamar Trent | **Chris Kowalczuk, Patrick Kenney** |
| 4:18-cr-00011-MFU-RSB-5 Phillip Daekwon Miles | **Tyson Daniel, Cary Bowen** |
| 4:18-cr-00011-MFU-RSB-6 Shabba Larun Chandler | **Aaron Houchens, Jeff Dorsey** |
| 4:18-cr-00011-MFU-RSB-8 Ashley Tiana Ross (bond) | **Terry Grimes** |
| 4:18-cr-00011-MFU-RSB-10 Tenikqua Fuller (bond) | **Corey Diviney** |
| 4:18-cr-00011-007 Matthew Ferguson | **Paul Gill, Mary Maguire** |
| Intervenor:  Juval O. Scott | **John Fishwick, Carroll Ching** |
| Non-party :  Allegra M. C. Black, Esq. | **John Lichtenstein** |

PRESENT:     JUDGE:              Michael F. Urbanski, CUSDJ
             TIME IN COURT:      10:14-12:15; 12:42-1:39   2h 58m
             Deputy Clerk:       Kristin Ayersman
             Court Reporter:     Judy Web
             U. S. Attorney:     Ron Huber, Heather Carlton, Michael Baudinet, Michael Newman
             USPO:               Kim Falatic
             Case Agent:         Devin Taylor, FBI – not present
             Interpreter:        none

PROCEEDINGS:
Final PTC.
Court addresses parties re issue surrounding defendant Ferguson/Touhy issue.
Mr. Turk moves to exclude Mr. Ferguson; granted, excluded.
Court will not conduct Rule 11 for Mr. Ferguson today. Court notes ECF 824, ECF 826, ECF 833, request for WIFI access.  Court will address ECF 831 on the pleadings.  Court wants to address jury issues with parties today. US responds – one additional issue wanting to address today re defense case, issue with court reporter.
US and dft Ferguson's counsel are prepared to go forward with Rule 11 today, more fulsome SOF provided. Mr. Kowalczuk responds for Deshaun Trent – all defense counsel stipulates to authenticity of transcripts, US agrees, re transcripts of GJ, and any from this case that may be used.
Mr. Kowalczuk addresses issue with dft Ferguson, FPD; security at trial.
Mr. Kowalczuk states that agreed upon strikes from all parties will be submitted to the court today.
Mr. Anderson responds for Mr. Davis – addresses Touhy, relies on ECF 787.  Addresses new SOF that US referred to this morning – requests it be made available to all defense counsel. US has no objection to

providing unsigned new SOF to all counsel – copies to be provided, to include copies of new PA. ECF 824 – additional disclosure request.

Mr. Davis has a request for a four day week during the trial

Mr. Hemenway joins motions.

Mr. Cook states observation for parties re Rule 11 hearing. Court asks Mr. Cook to respond to ECF 826. Court has addressed these issues with the USMS and relays that to the parties.

Court asks Mr. Fishwick to address issues – does not see conflict, intervened on limited issue and here only on Toughy issue. US confirms that Mr. Fishwick was not the USA during the life of this case. Mr. Fishwick responds for FPD. US states possibility that dft Ferguson could be called as a witness. Issue re §2255 raised.

Mr. Gill responds for defendant Ferguson, ECF 828 – waiver of atty/client privilege is limited.

Court calls Mr. Fishwick to respond to Mr. Gill's argument re atty/client privilege. Mr. Heblich was not subpoenaed to be present today. Mr. Fishwick notes Mr. Lichentenstein represents Allegra Black.

Mr. Gill points out that he was not present at the proffer in question and may be more appropriate to have those who were there address the issues.

US responds re participants of proffer. US is in agreement with Mr. Gill re atty/client privilege as stated.

Mr. Lichenstein responds on behalf of his client - not waiving anything re his client, court notes for record - comments of clarification.

US responds.

Mr. Kowalczuk responds.

Recess 12:15

Reconvene 12:42

Court rules on record. Court authorizes subpoena to be issued for Allegra Black by any party, beginning 10/14. Counsel to work together to arrange date/time certain. Court finds as a matter of law that if Mr. Ferguson testifies, it would be a sufficient waiver of atty/client privilege. Remaining issue if material or peripheral. If material, defense may call Ms. Black to testify.

US will address Mr. Anderson's request ECF 824, and respond as soon as it can. Court denies as moot by oral order, on US representation that no such documents exist.

Court addresses WIFI issue counsel has raised. The answer would be for counsel to get hotspot and is checking with Mr. Dash re funds.

Court will add defense table, skirt the tables, shackles will be used, plain clothes, partially grant Mr. Cook's motion re USMS location during trial ECF 826.

Court addresses new SOF for Mr. Ferguson. More fulsome SOF explanation needs to be given to the court, gives counsel options. Mr. Gill and Ms. Carlton agree and Rule 11 hearing will be scheduled prior to him giving testimony in this case.

Mr. Gill addresses RICO issue.

Court excuses some parties.

Mr. Kowalczuk raises jury issue again – asks that jury stay in hotel in Roanoke during the week, but not sequester them.

Mr. Hemenway addresses expert issue.

Court addresses exhibit issue for defense case – defense estimated two weeks for their case in chief – and no exhibits have been produced to US. US notes no production of exhibit lists, no witness lists from defense. Court directs defendants to provide the US any expert notices under the rules by start of trial. Court asks when defense will tender witness list to US. Mr. Anderson suggests the day before witness used. Court asks if defense has any objection to providing witness lists to US by start of trial. Court will issue order. US would prefer in advance of trial. Court enters oral order – defense to provide US list of witnesses by first day of trial. Parties address issue of subpoenaed witnesses – Court directs parties to work together to avoid having to re-subpoena. Mr. Houchens asks to have some time, until next Tuesday 10/1, to submit the witness list. Absent other issue/suggestion, list will be due first day of trial. Mr. Turk raises issue of one counsel being allowed to miss time in trial, one counsel to be present – defendants must consent to that on the record.

Court addresses jury issues, strikes – asks if the parties have objection to allowing the parties to take more strikes v allotted. Court may seat 18 – 12 jurors, 6 alternates. Mr. Anderson responds. Court will email the parties re process used re strikes in last large multi-dft case. US asks about voir dire, given questionnaire. Court responds, voir dire will not be limited. Jury administrator confirms that there will be six panels.

Mr. Houchens asks about calendar, 4 or 5 days per week. Court will go 5 days to move case, will adjust as needed. Court may adjust hours to accommodate jury, parties. Court will not make jurors stay in a

hotel, but will offer all jurors the option to stay in Roanoke in a hotel. Court will not tell counsel how to try their case or witness, but doesn't want duplicative testimony/evidence. Opening statements will occur after jury selected if circumstances permit.

Mr. Kowalczuk raises internet issue, stating three hotspots may be necessary as one will support 3-4 computer. Court will have the Clerk (Ms. Dudley) get in touch with counsel. Possible bench and bar funds could cover this. Court delegates this issue to Judge Ballou.

US raises issue re response time to Ashley Ross transcript raised by Mr. Grimes. Court gives US one week to respond (due 10/4).

Adjourn. 1:39