# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 5

**Case No.: 4:18CR00011**                                    **Date: 10/11/2019**

**Defendant:** | **Counsel:**
--- | ---
4:18-cr-00011-MFU-RSB-1 Marcus Jay Davis | Tony Anderson, Bev Davis
4:18-cr-00011-MFU-RSB-2 Kevin Lamont Trent, Jr. | Aaron Cook, Jimmy Turk
4:18-cr-00011-MFU-RSB-3 Kanas Lamont'e Trent | Bonnie Lepold, Mike Hemenway
4:18-cr-00011-MFU-RSB-4 Deshaun Lamar Trent | Chris Kowalczuk, Patrick Kenney
4:18-cr-00011-MFU-RSB-5 Phillip Daekwon Miles | Tyson Daniel, Cary Bowen
4:18-cr-00011-MFU-RSB-6 Shabba Larun Chandler | Aaron Houchens, Jeff Dorsey
4:18-cr-00011-MFU-RSB-8 Ashley Tiana Ross (bond) | Terry Grimes
4:18-cr-00011-MFU-RSB-10 Tenikqua Fuller (bond) | Corey Diviney

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ
- TIME IN COURT: 9:28-12:30; 2:11-5:24; 5:39-6:50   7h 26m
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Judy Webb
- U. S. Attorney: Heather Carlton, Ron Huber, Michael Newman
- USPO: Kim Falatic
- Case Agent: Devin Taylor, FBI TFO Pittsylvania County
- Interpreter: none

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. | 1. |

PROCEEDINGS:
Panel 6 – Collective voir dire. Jury sent out 10:23. Panel returns to courtroom 10:41. Collective voir dire continued. Recess 12:30 Reconvene 2:11 Mr. Kowalczuk addresses court/parties re guilty plea of Matthew Ferguson, -007, held today. Mr. Kowalczuk moves court for subpoena and for evidence to be produced, as stated, or mistrial. US responds. Court directs Mr.

Kowalczuk to file motions, US to respond thereafter. Court addresses motion in limine filed by Mr. Cook – court asks parties to respond to that Monday. Individual voir dire. Recess 5:24 Reconvene 5:39 Individual voir dire continued. Court discusses next panel, alternates, strikes. Mr. Kowalczuk moves for corroborating discovery forthwith re Matthew Ferguson – US will email exhibit number to defense counsel. Adjourn 6:50

    12 struck for cause.
    # struck jurors struck by Government.
    # struck jurors struck by Defendant.
    # jurors sworn member jury impaneled and sworn. Remaining jurors discharged.
- [ ] Preliminary remarks and instructions to jury by Court.
- [ ] United States of America or Defendant makes oral Motion to Exclude Witnesses from Courtroom. Court grants motion.
- [ ] Opening Statements by counsel.
- [ ] Government presents evidence.
- [ ] Government rests.
- [ ] Defendant makes Motion for Judgment of Acquittal.
  Court [ ] grants [ ] denies [ ] takes under advisement.
- [ ] Defendant presents evidence.
- [ ] Defendant rests.
- [ ] Defendant renews Motion for Judgment of Acquittal.
  Court [ ] grants [ ] denies [ ] takes under advisement.
- [ ] Rebuttal evidence.
- [ ] Surrebuttal evidence.
- [ ] Closing Arguments.
- [ ] Jury Instructions given to Jury.
- [ ] Objections to Jury Instructions by U.S.A and/or Defendant.
  Court [ ] overrules [ ] grants.
- [ ] Jury retires to deliberate at Time retired.
- [ ] Jury returns at Time returned.
- [ ] Jury Verdict: Verdict?
  - [ ] Jury polled.     [ ] Polling waived.
  - [ ] Mistrial declared.     [ ] Jury discharged.

- [ ] Motions after verdict:
- [ ] Sentencing set for _____..
- [ ] Sentencing to be set by Clerk.
- [ ] Court orders Presentence Report.
- [ ] Defendant remanded to custody.
- [ ] Defendant to remain on bond.

Additional Information: