IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal Case 4:18-CR-00011 |
| V. | ) | |
| | ) | |
| MARCUS JAY DAVIS, et al | ) | |

## NOTICE OF WITHDRAWAL

Michael J. Newman, Special Assistant United States Attorney, for the Western District of Virginia, hereby notes his withdrawal as counsel in this case for the United States of America.

    Respectfully submitted,

    THOMAS T. CULLEN
    United States Attorney

    /s/ Michael J. Newman
    Michael J. Newman (Va. Bar No. 40075)
    Special Assistant United States Attorney
    Office of the Commonwealth's Attorney
    City of Danville
    341 Main Street, Suite 200
    Office: (434) 797-1635
    Fax: (434) 797-4809
    newmamj@danvilleva.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October 2019, the foregoing notice was filed with the Clerk of the Court using the CM/ECF System, which will send notice and constitute service of such filing, to counsel of record for the defendants.

/s/ Michael J. Newman
Michael J. Newman
Special Assistant United States Attorney