# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 4:18-CR-00011 |
| | ) |
| MARCUS JAY DAVIS, ET AL | ) |

## NOTICE OF APPEARANCE

Rachel Barish Swartz, Assistant United States Attorney, for the Western District of Virginia, hereby notes her appearance as counsel in this case.

                                      Respectfully submitted,

                                      THOMAS T. CULLEN
                                      UNITED STATES ATTORNEY

Dated: October 18, 2019            s/ Rachel Barish Swartz
                                      Assistant United States Attorney
                                        NYSB No. 4667044
                                        United States Attorney's Office
                                        P.O. Box 1709
                                        Roanoke, VA 24008
                                        TEL (540) 857-2250
                                        FAX (540) 857-2614
                                        Rachel.Swartz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of October, 2019, electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        s/ Rachel Barish Swartz
                                        Assistant United States Attorney