# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 9

**Case No.:** 4:18CR00011-001     **Date:** 10/28/2019

---

**Defendant:** Marcus Jay Davis, custody     **Counsel:** Tony Anderson, Bev Davis, Melissa Friedman - CJA

---

PRESENT:
| | |
|---|---|
| JUDGE: | Michael F. Urbanski, CUSDJ |
| TIME IN COURT: | 9:43-12:32; 1:37-3:21; 3:55-6:00   6h 38m |
| Deputy Clerk: | Kristin Ayersman |
| Court Reporter: | JoRita Meyer |
| U. S. Attorney: | Heather Carlton, Ron Huber |
| USPO: | none |
| Case Agent: | Devin Taylor, FBI TFO |
| Interpreter: | none |

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Tanasia Coleman | 1. |

PROCEEDINGS:

☒ Defendant makes oral Motion to Exclude Witnesses from Courtroom. Court grants motion.
☒ Opening Statements by defense counsel.
☒ Government presents evidence. Ms. Coleman, sworn. Recess 12:32. Reconvene 1:37. Jury returns 1:41. Ms. Coleman, still sworn. Recess 3:21 Reconvene 3:55 Direct continues. Cross. Redirect. Recross. Redirect. Witness excused, subject to recall. Jury dismissed at 5:51. Court addresses parties at sidebar. Adjourn 6:00
☒ Defendant remanded to custody.

Additional Information:
Court addresses parties.

Defense counsel raises two issues on record, will make brief opening statement.
Jury enters courtroom 9:53 – court addresses jury re delay in start of trial, press.
Court/parties address jurors individually. Defense does not challenge any jurors, no motion.
US agrees. Court wants to release two jurors today – US agrees, defense agrees.
Court releases two jurors from further service in this case, addresses remaining jurors.