# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 11

Case No.: 4:18CR00000-001　　　Date: 10/30/2019

**Defendant:** Marcus Jay Davis, custody　　　**Counsel:** Tony Anderson, Melissa Friedman, Bev Davis - CJA

PRESENT:
| | |
|---|---|
| JUDGE: | Michael F. Urbanski, CUSDJ |
| TIME IN COURT: | 8:17-11:14; 11:36-1:03; 2:03-2:11; 2:37-4:28  6h 23m |
| Deputy Clerk: | Kristin Ayersman |
| Court Reporter: | JoRita Meyer |
| U. S. Attorney: | Ron Huber, Heather Carlton, Rachel Swartz |
| USPO: | none |
| Case Agent: | Devin Taylor, FBI TFO |
| Interpreter: | none |

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Jaquan Trent | 1. |
| 2. Armonti Womack | |
| 3. Larry Davis | |
| 4. Malcolm Bowen, Danville PD | |
| 5. Richard Wright, Danville PD | |
| 6. Christopher Stone, Danville PD | |
| 7. Nick Sapounakes, Danville Life Saving Crew | |
| 8. Dr. Gayle Suzuki, Chief Medical Examiner | |
| 9. John Davis | |
| 10. Tevris Fitzgerald | |
| 11. Justion Wilson | |
| 12. Sherita Bowe-Staten | |
| 13. Tameka Hairston | |

PROCEEDINGS:

- ☒ Government presents evidence. Mr. Jaquan Trent, sworn. Cautionary instruction given to jury. Recess 11:14 Reconvene 11:36. Jury returns 11:45. Cross of Mr. Trent. Witness not excused, subject to recall. Mr. Armonti Womack, sworn. No cross. Witness excused. Mr. Davis, sworn. No cross, witness excused. Officer Bowen, sworn. Cross. Witness excused. Investigator Wright, sworn. Limiting instruction given to jury. Cross. Redirect. Witness not excused, subject to recall. Recess 1:03 Reconvene 2:03 Recess 2:11 Recdonvene 2:37 Jury returns 2:39. Officer Stone, sworn. No cross, witness excused. Mr. Sapounakes, sworn. No cross, witness excused. Dr. Suzuki, sworn. Defense stipulates Dr. Suzuki as expert. Redirect. Witness excused. John Davis, sworn. No cross, witness excused. Mr. Fitzgerald, sworn. No cross, witness excused. Justion Wilson, sworn. No cross, witness excused. Mr. Bowe-Staten, sworn. No cross, witness excused. Ms. Hairston, sworn. No cross, witness excused. Jury excused for the day, to return at 9am 10/31/19. Jury released 4:19. Adjourn 4:28
- ☒ Defendant renews Motion for Judgment of Acquittal.
  Court ☐ grants ☐ denies ☒ takes under advisement.
- ☒ Defendant remanded to custody.

Additional Information:
Court addresses parties re case testimony recently provided, Det. Pace case. US responds, noting five tapes, stating nothing in them related to instant case. Dft counsel Mr. Anderson responds, renews motion. Mr. Davis responds. Court needs Pace police report – US has on thumb drive. Court addresses parties, and may require briefing. US would like to brief. Court asks for briefing and asks counsel to decide on a briefing schedule. Jury returns 9:12. Court addresses jurors re trial schedule.