UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 12

**Case No.: 4:18CR00011-001**     **Date: 10/31/2019**

**Defendant:** Marcus Jay Davis, custody     **Counsel:** Tony Anderson, Melissa Friedman, Bev Davis - CJA

PRESENT:
| | |
|---|---|
| JUDGE: | Michael F. Urbanski, CUSDJ |
| TIME IN COURT: | 9:01-10:56; 11:29-1:17; 2:20- 3:52; 4:12-5:56  6h 59m |
| Deputy Clerk: | Kristin Ayersman |
| Court Reporter: | Mary Butenschoen |
| U. S. Attorney: | Ron Huber, Heather Carlton, Rachel Swartz |
| USPO: | none |
| Case Agent: | Devin Taylor, FBI TFO |
| Interpreter: | none |

LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Stevie Jermaine Johnson<br>2. Detective W. R. Merrill, Danville PD<br>3. Officer Kelly Shackett, Danville PD<br>4. Makea Barton<br>5. Devin Taylor, FBI TFO – Pittsylvania County Sheriff's Department | 1. |

PROCEEDINGS:

☒ Government presents evidence. Jury comes in 9:07. Mr. Johnson, sworn. Cautionary instruction given to jury. Recess 10:56. Reconvene 11:29. Recess 1:17. Reconvene 2:20 Cross. Redirect. Recross. Detective Merrill, sworn. Cross. Witness excused. US reads stipulation into record re marijuana. Officer Shackett, sworn. Cross. Witness excused. Ms. Barton, sworn. No cross. Witness excused. Jury recess 3:42  Dft motion re next witness. US responds. Dft responds. Court will review and get back with parties. Recess 3:52 Reconvene 4:12  Officer Taylor, sworn.  Court dismisses jury for night, jury

to return on Tuesday 11/5 at 9am – 5:41. Court addresses counsel, puts prior conversation with counsel on record.    Adjourn 5:56
☒ Defendant remanded to custody.

Additional Information: