# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
### Day 14

**Case No.:  4:18CR00000-001**                              **Date:  11/6/2019**

---

**Defendant:  Marcus Jay Davis, custody**          **Counsel:  Tony Anderson, Melissa Friedman, Bev Davis - CJA**

---

PRESENT:     JUDGE:              Michael F. Urbanski, CUSDJ
             TIME IN COURT:      9:03-10:56; 11:19-12:57; 2:05-4:14; 4:31-6:05  7h 14m
             Deputy Clerk:       Kristin Ayersman
             Court Reporter:     JoRita Meyer
             U. S. Attorney:     Ron Huber, Heather Carlton, Rachel Swartz
             USPO:               none
             Case Agent:         Devin Taylor, FBI TFO
             Interpreter:        none

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1.  Harry Torres, Danville PD | 1. |
| 2.  Demetrius Staten | |
| 3.  Adam Reynolds, Pittsylvania County Sheriff's Office | |
| 4.  Scott Norris, Gibsonville PD - NC | |
| 5.  Ayuanna Jeffries | |
| 6.  Bethany Robertson | |
| 7.  Laquante Adams | |

PROCEEDINGS:

☒     Government presents evidence.  Officer Torres, sworn.  Cross.  Witness excused.  Mr. Staten, sworn – continues direct from 11/5/19.   Recess 10:56 Reconvene 11:19 Dft has few issues to take up out of the presence of the jury – has transcription to video that will be played, for juror use, no obj.  Jury returns 11:21.  Cross.  Redirect.  Witness excused. Officer Reynolds, sworn.  Cross.  Witness excused.  Officer Norris, sworn.  Cross.

Witness excused. Recess 12:57  Reconvene 2:05.  US updates the court/parties on the state MJGJ issues.  Court notes overlap in time for this case and state MJGJ.  Mr. Anderson addresses court re upcoming witness, asking to postpone cross until review of transcript of direct received.  Jury returns.  Ms. Jeffries, sworn.  No cross.  Witness excused.   Ms. Robertson, sworn.  No cross.  Witness excused.   Mr. Adams, sworn. Recess 4:14  Reconvene 4:31  US has copies of four of the GJ transcripts for court and parties.  Jury returns 4:34.  Cross continues.  Court dismisses jury for the evening 6:05 – to return 11/7/19 at 9am.   Court adjourns 6:05.

☒      Defendant remanded to custody.


Additional Information:
Court addresses parties re Mr. Newman's testimony from 11/5/19 re state MJGJ.  US responds. Court rules on admission of evidence on flight/consciousness of guilt as stated on record – Court will allow evidence, will give cautionary instruction to jury, and dft obj noted.  Jury returns 9:29.