CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 08 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Kim Moody
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.: 4:18-cr-00011 |
| v. | ) | |
| | ) | |
| MARCUS JAY DAVIS, | ) | By: Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Davis's Motion to Dismiss the First Superseding Indictment, ECF No. 1064, is **GRANTED** in part as it pertains to dismissing Count Ten of the First Superseding Indictment and **DENIED** in part as it pertains to dismissing Counts One, Eleven, Twelve, and Thirteen of the First Superseding Indictment. Further, Michael Newman is **DISMISSED** as counsel of record for the United States in this case.

It is so **ORDERED**.

Entered: 11-08-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge