IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CASE NUMBER: 4:18cr11-001

CASE NAME: US v. Marcus J. Davis

The jury has issue with the wording of the 2nd part to count 1

The wording states Chrisbpher Motley was the target.

It should be clarified to state his death was a result of.

Juror Number: 30      Date: 11-12-19      Time: 13:58 pm

..................................................

For Court Use Only:
Rev'd by: _____      Date: 11/12/19      Time: 2:07

Date Filed 11/12/19