If you believe beyond a reasonable doubt that the defendant intended to kill Stevie Wallace but that he killed Christopher Motley by mistake, then that intent is transferred to the killing of Christopher Motley.