## TRANSFERRED INTENT

If you find beyond a reasonable doubt that the defendant, Marcus Jay Davis, agreed to commit a murder and, in carrying out that agreement, a murder was committed on another person, the intent of the agreed murder may be transferred to the murder of the unintended victim.