IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CASE NUMBER: 4:18CR11-001

CASE NAME: US v. Davis

Verdict is ready

Juror Number: 30  Date: 11-12-19  Time: 15:54

For Court Use Only:
Rev'd by: [signature]  Date: 11/12/19  Time: 8:59

Date Filed 11/12/19