IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No.: 4:18-cr-00011 |
| v. | ) |
| | ) |
| | ) |
| MARCUS JAY DAVIS, et al., | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

We the jury return the following verdicts:

# COUNT 1
## (RICO Conspiracy)

As to Count One, we unanimously find defendant MARCUS JAY DAVIS:

Not Guilty     _____

As to Count One, we unanimously find beyond a reasonable doubt MARCUS JAY DAVIS:

Guilty    ____✓____

If guilty as to Count One, we unanimously find beyond a reasonable doubt that MARCUS JAY DAVIS agreed that one of the racketeering acts, that he or some other member of the conspiracy would commit, was the murder of Christopher Motley.

Agree    ____✓____

Disagree    _____

## COUNT 11
(Using, Carrying, Brandishing, or Discharging a Firearm During and in Relation to a Crime of Violence)

As to Count Eleven, we unanimously find defendant MARCUS JAY DAVIS:

    Not Guilty   _____

As to Count Eleven, we unanimously find beyond a reasonable doubt defendant MARCUS JAY DAVIS:

    Guilty   ____✓____

## COUNT 12
(Violent Crime in Aid of Racketeering: Attempted Murder)

As to Count Twelve, we unanimously find defendant MARCUS JAY DAVIS:

    Not Guilty: _____

As to Count Twelve, we unanimously find beyond a reasonable doubt defendant MARCUS JAY DAVIS:

    Guilty:    ✓

## COUNT 13
(Using, Carrying, Brandishing, or Discharging a Firearm During and in Relation to a Crime of Violence)

As to Count Thirteen, we unanimously find defendant MARCUS JAY DAVIS:

    Not Guilty: _____

As to Count Thirteen, we unanimously find beyond a reasonable doubt MARCUS JAY DAVIS:

    Guilty: ____✓____

If you found the defendant MARCUS JAY DAVIS guilty of Count Thirteen, then you must also decide unanimously, beyond a reasonable doubt, what act was done with the firearm for which you have found this defendant guilty. Check all that apply:

1. Used: ____✓____
2. Carried: ____✓____
3. Brandished ____✓____
4. Discharged ____✓____

This done and signed at Danville, Virginia, the __12th__ day of November, 2019.

_[signature]_

FOREPERSON