# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
### Day 18

**Case No.:  4:18CR00011-001**                     **Date:  11/12/2019**

---

**Defendant:  Marcus J. Davis, custody**          **Counsel:  Tony Anderson, Bev Davis, Melissa Friedman - CJA**

---

PRESENT:  JUDGE:                    Michael F. Urbanski, CUSDJ
          TIME IN COURT:        8:59-9:02; 11:33-11:48; 2:34-2:44; 3:00-3:18; 3:37-3:50;
                                          4:02-4:09    1h 6m
          Deputy Clerk:            Kristin Ayersman
          Court Reporter:         Judy Webb
          U. S. Attorney:          Heather Carlton, Ron Huber, Rachel Swartz
          USPO:                      none
          Case Agent:             Devin Taylor, FBI TFO
          Interpreter:              none

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:

☒    Jury returns to courtroom 9:01 for instruction and retires to deliberate at 9:02. Jury question #2 passed out at 11:29, reconvene 11:33.  Court addresses note with parties.  US responds.  Dft responds.  Court finalizes response to question.  Jury returns 11:45. Court addresses jurors. Jury returns to deliberate 11:48.  Jury question #3  passed out at 2pm, Court gives parties time to review and respond.  Reconvene 2:34.  Court addresses parties re communication. US did notice verbiage but did not object at the time, suggests response.  Dft responds. Recess 2:44.  Reconvene 3:00.  Court asks if any more argument – US responds.  Dft responds.  Court addresses parties – will give additional instruction re transfer of intent.  Court will ask jury to clarify question that they are asking.  Jury returns 3:08.  Court address specific question; foreperson explains.  Jury returns to deliberation 3:10.  US appellate division sent US counsel email re case

law/transfer of intent, and will share with counsel – reads into record.  Court gives parties
an instruction to review – court will give transfer of intent instruction.  Court will recess
until 3:30 to allow parties to review case law, juror question.  No obj to procedure
outlined; dft obj to additional instruction.  Recess 3:18  Reconvene 3:37.  Court addresses
objections to instruction court sent out.  US responds; proposes wording.  Dft responds.
Court states the instruction it will give to jury re transferred intent; notes objection from
dft to additional instruction and no obj from US.  Jury returns 3:48, court gives additional
instruction to jury.  Jury excused to continue deliberation 3:50.  Jury question #4 passed
out 3:59 – verdict ready.  Jury returns 4:02.

☒ Jury returns at 4:02.
☒ Jury Verdict:  guilty Cts 1, 11, 12, 13.
  ☒     Jury polled.                    ☐     Polling waived.
  ☐     Mistrial declared.              ☐     Jury discharged.


☒ Motions after verdict – Dft asks for 14 days to file renewed Rule 29 motion.
☐ Sentencing set for _____..
☒ Sentencing to be set by Clerk.
☐ Court orders Presentence Report.
☒ Defendant remanded to custody.
☐ Defendant to remain on bond.


Additional Information:
Court adjourned 4:09