IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   v. )<br>                     )<br>MARCUS JAY DAVIS, )<br>   Defendant )  | Case No.: 4:18-CR-00011-01 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

This matter comes before the Court on the Defendant's Motion pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure for an extension of time to file his motion new trial and memorandum in support thereof pursuant to Rule 33 of the Federal Rules of Criminal Procedure. The Court finds that there is good cause to grant this extension of time based upon the reasons contained in the Defendant's written motion. THEREFORE, IT IS HEREBY ORDERED that the Defendant's Motion is granted, and his time to file a Motion pursuant to Rule 33 of the Federal Rules of Criminal Procedure is extended to December 17, 2019.

ENTER THIS \_\_\_\_ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE