IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION


UNITED STATES OF AMERICA,   )
                          )
V.                        )  Cr. No. 4:18-CR-00011
                          )
MARCUS JAY DAVIS,        )
        Defendant.        )

MOTION FOR JUDGEMENT OF ACQUITAL OR
IN THE ALTERNATIVE FOR A NEW TRIAL

Comes Now the Defendant, Marcus Jay Davis, and moves for judgement of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure or in the alternative for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. In support thereof, a memorandum in support of this motion is filed herewith.

Respectfully submitted,
Marcus Jay Davis

By: s/Anthony F. Anderson
     Counsel for Defendant

By: *s/ Beverly M. Davis*
     Counsel for Defendant

Anthony F. Anderson, VSB #21345
Anderson & Friedman
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
(540) 982-1539
afa@afalaw.com
Counsel for Defendant

Beverly M. Davis, VSB # 33784
Davis, Davis & Davis, Attorneys
519 Second Street
Radford, Virginia 24141
 (540) 639-9095
(540) 369-9095
bevdavis@davisattys.com
 Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this 21st day of  December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Anthony F. Anderson
Anthony F. Anderson
Anderson & Friedman
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
(540) 982-1539 (fax)
afa@afalaw.com