CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/18/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Action No. 4:18-cr-00011** |
| **v.** | ) | |
| | ) | |
| **MARCUS JAY DAVIS,** | ) | |
| | ) | **By: Michael F. Urbanski** |
| | ) | **Senior United States District Judge** |
| **Petitioner** | ) | |

**ORDER**

As set forth in the accompanying Memorandum Opinion, the court **DISMISSES** Davis's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, ECF No. 1588, and **GRANTS** the government's motion to dismiss, ECF No. 1600. Because Davis has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c) and Slack v. McDaniel, 529 U.S. 473, 484 (2000), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to Davis.

It is so **ORDERED**.

Entered: 09/18/2026

Michael F. Urbanski
Senior United States District Judge